# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

BRANDON KELLUM )
)
Plaintiff )
)
vs. )                          Case No. ―――――――
)              *(The case number will be assigned by the clerk)*
1.) ILLINOIS DEPARTMENT OF CORRECTIONS )
2.) DIRECTOR ROB JEFFRES )
3.) WEXFORD HEALTH SOURCES INC )
4.) WARDEN CHEERYLE HINTHORNE )
5.) WARDEN CLARKE )
6.) HEALTHCARE ADMINISTRATOR MEAKER )
7.) TONYA ENGLEDT AND JANE DOE NURSES. )
8.) ILLINOIS REGIONAL DIRECTOR FOR WEXFORD CARLSON )
)
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

―――――――――――――

***\*Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A.  Plaintiff:

Full Name:   *BRANDON KELLUM*

Prison Identification Number:   *M03614*

Current address:   *2500 ROUTE 99 SOUTH*

*MT. STERLING, IL 62353*

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant #1:

Full Name:   *ROB JEFFRIES*

Current Job Title:   *DIRECTOR OF ILLINOIS DEPARTMENT OF CORRECTIONS*

Current Work Address   *P.O. BOX 19277*

*SPRINGFIELD IL, 62353*

Defendant #2:

Full Name:   *MS. MEAKER*

Current Job Title:   *HEALTH CARE ADMINISTRATOR (ILLINOIS RIVER CC.)*

Current Work Address   *P.O. BOX 999*

*CANTON IL, 60436*

Defendant #3:

Full Name:   *WEXFORD HEALTH SOURCES INC*

Current Job Title:   *HEALTH CARE PROVIDERS*

2

CURRENT WORK ADDRESS   FOSTER PLAZA   BUILDING 2   HOLIDAY DRIVE

PITTSBURG, PA   15220

DEFENDANT #4

FULL NAME   ILLINOIS DEPARTMENT OF CORRECTIONS

CURRENT JOB TITLE   PRISON SYSTEM

CURRENT WORK ADDRESS   1301 CONCORDIA COURT   SPRINGFIELD IL   62794-9277

DEFENDANT #5

FULL NAME   WARDEN CHERRYLE HINTHORNE

CURRENT JOB TITLE   WARDEN OF ILLINOIS RIVER CORRECTIONAL CENTER

CURRENT WORK ADDRESS   P.O. BOX 999   CANTON IL   61520

DEFENDANT #6

FULL NAME   T. CLARKE

CURRENT JOB TITLE   WARDEN OF ILLINOIS RIVER CORRECTIONAL CENTER

CURRENT WORK ADDRESS   P.O. BOX 999   CANTON IL   61520

~~(illegible handwriting)~~ _____

_____

Defendant ~~#~~#7

Full Name: _____ / ⌐ RYAN CARLSON

Current Job Title: ILLINOIS REGIONAL DIRECTOR FOR WEXFORD HEALTH SOURCES INC.

Current Work Address: FOSTER PLAZA BUILDING 2,     425 HOLIDAY DRIVE

PITTSBURG, PA 15220

Defendant #8:

Full Name: _ _     ⌐ TONYA ENGLISH AND JANE DOES

Current Job Title: _____ NURSES

Current Work Address: P.O. BOX 999     CANTON IL 61520

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?     Yes ☐     No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑     No ☐

C. If your answer to B is yes, how many? ONE   Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

   BRANDON KELLUM V. CASEY GOODWIN ET. AL.   18-715-NJR

2. Basic claim made   VIOLATED CONSTITUTIONAL RIGHTS

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?)   SETTLEMENT / AGREEMENT WAS MADE

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes  ☑   No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes  ☑   No  ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes  ☐   No  ☐

   FOR SEVERAL OF THE GRIEVANCES WRITTEN THE PROCESS WAS COMPLETED.
   HOWEVER, THERE ARE OTHERS STILL BEING PROCESSED.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   ILLINOIS RIVER CORRECTIONAL CENTER

4

Date(s) of the occurrence ___OCTOBER 2021___ TO ___OCTOBER 2022___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

VIEW ATTACHED COMPLAINT =>

OVER AN EXTENDED PERIOD OF TIME FROM OCTOBER 2021 TO OCTOBER 2022 THE ILLINOIS DEPARTMENT OF CORRECTIONS AND ITS AGENTS OR CONTRACTORS WEXFORD HEALTH SOURCES INC. DID NOT DISTRIBUTE OR PROVIDE MY MEDICATION ACCORDING TO PRESCRIPTION ON SEVERAL OCCASSIONS. THIS MISFEASANCE OR MISHANDLING OF PRESCRIBED MEDICATION, IN THIS INSTANCE, EQUATES TO NEGLIGENCE, DELIBERATE INDIFFERENCE MEDICAL MALPRACTICE, CRUEL AND UNUSUAL PUNISHMENT, AND FAILURE TO PROVIDE EQUAL PROTECTION.

I AM AN INDIVIDUAL IN CUSTODY WHO AS A RESULT OF A MEDICAL DISORDER AS DEFINED IN THE CURRENT EDITION OF THE DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS OF THE AMERICAN PSYCHIATRIC ASSOCIATION, EXHIBITS IMPAIRED EMOTIONAL, COGNITIVE OR BEHAVIORAL FUNCTIONING THAT INTERFERES SERIOUSLY WITH MY ABILITY TO FUCTION ADEQUATELY, EXCEPT FOR WITH SUPPORTIVE TREATMENT OR SERVICES.

I CURRENTLY HAVE A DIAGNOSED MENTAL DISORDER FOR WHICH I AM PRESCRIBED MEDICATION. I RECEIVE CYMBALTA FOR TRANSIENT AUDITORY HALLUCINATIONS AND PRAZOSIN FOR NIGHTMARES, NIGHT TERRORS AND POST TRAMATIC STRESS DISORDER.

THERE WAS MULTIPLE INSTANCES WHILE I WAS AN INDIVIDUAL IN CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS AND BEING TOTALLY DEPENDENT ON THEM AND THEIR AGENTS AND OR CONTRACTORS, WEXFORD HEALTH SOURCES INC. FOR MEDICAL CARE WHERE MY PRESCRIPTION WAS NOT ADHERED TO. THE MEDICATION DELIVERY SYSTEM ESTABLISHED BY THE ILLINOIS DEPARTMENT OF CORRECTIONS AND ITS AGENTS OR CONTRACTORS, WEXFOO HEALTH SOURCES INC. WAS MISMANAGED AND OR POORLY EXECUTED AT THE ILLINOIS RIVER CORRECTIONAL CENTER.

ON OCTOBER-1-2021 I WROTE A GRIEVANCE CONCERNING THE MEDICATION DISTRIBUTION OF THE DAY BEFORE, 9-30-21. MYSELF AND OTHER INDIVIDUALS IN CUSTODY WERE NOT GIVEN OR DELIVERED OUR MEDICATION AS PER DOCTORS ORDERS. I WAS TO RECEIVE MY PSYCHIATRIC MEDICATION (PRAZOSIN) DURING THE "PM" HOURS OF 9-30-21 YET MYSELF AND OTHER INDIVIDUALS IN CUSTODY WERE WOKEN UP IN THE EARLY MORNING HOURS OF 10-1-21 TO BE GIVEN MEDICATION FROM THE DAY BEFORE.

IN RESPONSE TO THE ABOVE MENTIONED GRIEVANCE THE HEALTHCARE ADMINISTRATOR FOR WEXFORD HEALTH SOURCES INC, AT THE ILLINOIS RIVER CORRECTIONAL CENTER REPLIED THAT, "MEETING HELD WITH WEXFORD NURSING AND MANAGEMENT AND EDUCATION/DIRECTION PROVIDED FOR MEDICATION PASS WHICH SHOULD ALLOW TIMELY MEDICATION PASS. EXHIBIT: __#1__ (ATTACHED)

ON OCTOBER-5-2021 AGAIN I WAS NOT PROVIDED MY "PM" MEDICATION UNTIL THE NEXT DAY 10-6-2021

I WROTE A GRIEVANCE IN ATTEMPT TO REMEDY THE ISSUE OF MY MEDICATION NOT BEING PROVIDED BY WEXFORD HEALTH & NURSING STAFF AS PRESCRIBED. EXHIBIT __#2__ (ATTACHED)

ON BOTH OCTOBER-13-2021 AND OCTOBER-14-2021 I WAS NOT PROVIDED WITH MY "PM" MEDICATION UNTIL THE FOLLOWING DAYS. JUST BECAUSE IM INCARCERATED DOESN'T MEAN THAT I SHOULD NOT RECEIVE PROPER AND ADEQUATE HEALTHCARE.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES IN REGARDS TO THIS INCIDENT. EXHIBIT __#3__ (ATTACHED)

ON THE NEXT OCCASION, OCTOBER-19-2021, THAT THE WEXFORD HEALTH'S NURSING STAFF WAS LATE DISTRIBUTING MEDICATION IT RESULTED IN MY NEED FOR EMERGENCY MEDICAL ATTENTION. AROUND 1 O'CLOCK IN THE MORNING PRISON CELL DOORS WERE PLACED ON ACCESS, ELECTRONICALLY OPENED, TO ALLOW MEDICATION RECIPIENTS TO EXIT THEIR CELLS FOR MEDICATION. MY CELL DOOR WAS NOT OPENED BY SECURITY STAFF. HOWEVER, MINUTES LATER I SPOKE WITH CORRECTIONAL OFFICER WEST AND INFORMED HIM THAT I STILL HAD NOT RECEIVED MY "PM" MEDICATION. OFFICER WEST STATED THAT HE COULD CALL THE HEALTH CARE UNIT AND ATTEMPT TO SOMEHOW ENSURE THAT I RECEIVE MY MEDICATION. AT APPROXIMATELY 1:28AM I WAS TOLD BY OFFICER WEST THAT THE WEXFORD HEALTH SOURCES NURSES, (JANE DOES), SAID THAT I "WAS OUT OF LUCK" SINCE I DID NOT COME WITH THE OTHER INDIVIDUALS IN CUSTODY AT 1AM. THAT NIGHT I SUFFERED ATYPICAL AND SIGNIFICANT HARDSHIP IN THE FORM OF EXCRUCIATING CHEST PAIN, PSYCHOLOGICAL TORMENT, AND OVERWHELMING ANXIETY. (THE JANE DOE NURSES MENTIONED AS DEFENDANTS ARE WHOM OVER OFFICER WEST SPOKE TO. THEY DENIED ME PROPER AND ADEQUATE HEALTH CARE.)

AS A RESULT OF THIS EMERGENCY, AT 4:03AM I WAS TAKEN TO THE ILLINOIS RIVER CORRECTIONAL CENTER'S HEALTH CARE UNIT. AN EKG WAS PREFORMED AND MY VITALS WERE ABNORMAL. ONLY THEN, AT 4:05AM WAS I GIVEN MY "PM" MEDICATION FROM THE DAY BEFORE AND ATTENDED TO BY NURSING STAFF. (THE NURSE AND CNA THAT ADMINISTERED CARE WAS NURSE GRACE AND CNA JONES.)

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES PERTAINING TO THIS INCIDENT. EXHIBIT __#4__ (ATTACHED) AS MY RELIEF REQUESTED I ASKED THAT THE ILLINOIS DEPARTMENT OF CORRECTIONS MONITOR THE WEXFORD HEALTH EMPLOYEES TO ENSURE THAT THIS TYPE OF MALPRACTICE DOES NOT CONTINUE. NO ACTION WAS TAKEN BY WARDEN HENTHORNE OR T. CLARKE WHO SIGNED OFF ON MY GRIEVANCE.

I SHOULD NOT HAVE BEEN DEPRIVED OF OR DENIED ACCESS TO MY PRESCRIBED MEDICATION UNTIL IT WAS AN EMERGENCY. IT IS MY BELIEF THAT I WAS ONLY TOLD THAT I WAS "OUT OF LUCK" BECAUSE I AM A PRISONER. HOWEVER, I DESERVE THE LEVEL OF RESPECT AND HEALTH CARE EVERY OTHER AMERICAN CITIZEN IS ENTITLED TO.

IN THE NEXT INSTANCE ON NOVEMBER-10-2021 I DID NOT RECEIVE MY EARLY MORNING "AM" MEDICATION UNTIL 2:05pm. THIS CAN BE SUBSTANTIATED BY OR VERIFIED BY VIDEO CAMERA SURVEILLANCE FROM THE ILLINOIS RIVER CORRECTIONAL CENTER. RECEIVING MEDS THIS LATE WAS CONTRARY TO THE PRESCRIBED DOCTOR'S ORDER THAT STATES THAT I WAS TO RECEIVE MY MEDICATION, CYMBALTA, DURING AM HOURS.

I WROTE A GRIEVANCE AND EXHAUSTED MY REMEDIES PERTAINING TO THIS INCIDENT. EXHIBIT ___#5___ (ATTACHED)

ON NOVEMBER-21-2021 THE MEDICATION MISHANDLING BY WEXFORD HEALTH SOURCES NURSING STAFF CONTINUED. I WAS NOT GIVEN MY MEDICATION UNTIL 11-22-21. THIS CAN BE SUBSTANTIATED BY VIDEO CAMARA SURVEILLANCE IN MY LIVING AREA OF THE ILLINOIS RIVER CORRECTIONAL CENTER.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES PERTAINING TO THIS INCIDENT — DELIBERATE INDIFFERENCE. EXHIBIT ___#6___ (ATTACHED)

THE RESPONSE TO MY GRIEVANCE WAS THAT A "MEETING WAS HELD WITH WEXFORD NURSING STAFF PROVIDED EDUCATION / DIRECTION FOR MEDICATION PASS WHICH SHOULD ALLOW IT TO BE COMPLETED TIMELY IN THE FUTURE.

ON DECEMBER-5-2021 I DIDNT RECEIVE MY "PM" MEDICATION UNTIL THE NEXT DAY.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES IN RELATION TO THIS. MY RELIEF REQUESTED WAS THAT IDOC COMMUNICATE WITH WHOEVER IT MAY CONCERN AT WEXFORD HEALTH SOURCES INC. TO ENSURE THAT MEDICATION IS BEING DISTRIBUTED IN ACCORD WITH PATIENTS PRESCRICTION. EXHIBIT #7 (ATTACHED)   NO ACTION WAS TAKEN BY WARDEN HAWTHORNE OR WARDEN CLARKE.

ON DECEMBER-17-2021 I WAS NOT GIVEN MY PRESCRIBED "PM" MEDICATION UNTIL THE NEXT DAY 12-18-21

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATE REMEDIES IN RESPONSE TO MY MEDICATION BEING MISHANDLED. EXHIBIT #8 (ATTACHED)

ON DECEMBER-19-2021 I WAS NOT PROVIDED MY "PM" MEDICATION YET AGAIN. I DID NOT GET MY MEDICATION FOR THE NIGHT OF 12-19-2021 UNTIL THE NEXT DAY 12-20-21

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES THROUGH THE ILLINOIS DEPARTMENT OF CORRECTIONS GRIEVANCE PROCEDURE. EXHIBIT #9 (ATTACHED)

ON CHRISTMAS DECEMBER-25-2021 I DID NOT RECEIVE MY MEDICATION UNTIL THE NEXT DAY DECEMBER-26-2021. THIS IS AND WAS BLATANT MEDICAL MALPRACTICE AND DELIBERATE INDIFFERENCE.

I WROTE A GRIEVANCE AND IN RESPONSE THE HEALTH CARE ADMINISTRATE MS. MEAKER, STATED THAT "WEXFORD IS AWARE OF THE ISSUE AND WILL ADDRESS WITH NURSING STAFF." I STILL WAS NOT GRANTED RELIEF THROUGH THE GRIEVANCE PROCESS. EXHIBIT #10 (ATTACHED)

ON JANUARY-1-2022 MYSELF AND OTHER INDIVIDUALS IN CUSTODY WERE NOT PROVIDED WITH OUR PRESCRIBED "PM" MEDICATION BY WEXFORD HEALTH'S NURSING STAFF UNTIL THE NEXT DAY. AS INDIVIDUALS IN CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS THERE IS NO OTHER OPTION OR AVENUE TO RECEIVE MEDICAL ATTENTION. WE, AS INDIVIDUALS IN CUSTODY, ARE TOTALLY DEPENDENT ON WEXFORD HEALTH CARE PROVIDERS. THEREFORE, WHATEVER PHYSICAL OR MENTAL AILMENT WE ARE DIAGNOSED WITH OR SUFFER FROM, WE ARE TO ENDURE IT UNTIL THE ABOVE STATED PARTIES PROVIDE RELIEF.

THERE ARE INDIVIDUALS IN CUSTODY WITH MENTAL ILLNESS, SUCH AS MYSELF, AND THERE ARE THOSE SUFFERING FROM EPILEPSY, DIABETES, HYPERTENSION, ETC. AS A RESULT OF NOT BEING PROVIDED WITH OUR MEDICATION AS PRESCRIBED, WE WERE PLACED AT RISK OF INJURY.

I WROTE A GRIEVANCE, YET AGAIN, IN ATTEMPT TO BRING ATTENTION TO THIS CRUEL AND UNUSUAL PUNISHMENT AND VERY SERIOUS DERELICTION OF DUTY. EXHIBIT_____11_____ (ATTACHED)

IN THIS GRIEVANCE I REQUESTED THAT "THE AUTHORITY OF IDOC AND WEXFORD HEALTH SOURCES DO SOMETHING TO ENSURE THAT MEDICATION IS BEING PROVIDED ACCORDING TO PRESCRIPTION BEFORE INJURY OCCURS."

WARDEN HENTHORNE AND WARDEN CLARKE DID NOTHING AND MYSELF AND OTHER INDIVIDUALS CONTINUED TO BE PLACED AT RISK OF SIGNIFICANT INJURY.

ON JANUARY-3-2022 I DID NOT RECEIVE MY "PM" MEDICATION UNTIL THE NEXT DAY, JANUARY-4-2022.

I WROTE A GRIEVANCE AND THE RESPONSE I RECEIVED FROM THE HEALTH CARE UNIT WAS "UNFORSEEN CIRCUMSTANCES CAN RESULT IN MEDICATION ISSUING DELAYS. KELLUM RECEIVED HIS MEDICATION." EXHIBIT_____12_____ (ATTACHED)

AGAIN, THE ABOVE PARTIES ACKNOWLEDGED THE ISSUE BUT PROVIDED NO REMEDY OR RELIEF.

ON JANUARY-4-2022 I WAS SUBJECTED TO THIS ONGOING HEALTH HAZARD YET AGAIN. I WAS NOT PROVIDED WITH MY "PM" MEDICATION FOR THIS DATE UNTIL THE NEXT DAY 1-5-2022. THERE IS NOT NOW, NOR WAS THERE ANY OTHER WAY ON 1-4-2022 FOR ME TO OBTAIN MY PRESCRIBED MEDICATION. ON THIS OCCASSION, AS WELL AS ALL OTHERS, I WAS AT THE MERCY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS AND THEIR AGENTS OR CONTRACTORS WEXFORD HEALTH SOURCES INC.

I SUFFERED EVERYTIME THEY DID NOT PROVIDE MEDICATION AS PRESCRIBED.

I WROTE A GRIEVANCE ON THIS MATTER YET AGAIN AND THE HEALTH CARE ADMINISTRATOR FOR WEXFORD HEALTH SOURCES INC. AT THE ILLINOIS RIVER CORRECTIONAL CENTER RESPONDED "WEXFORD IS AWARE OF ISSUE AND WILL ADDRESS WITH NURSING STAFF." I EXHAUSTED THE GRIEVANCE THROUGH THE ILLINOIS DEPARTMENT OF CORRECTIONS GRIEVANCE PROCEDURE. EXHIBIT ___B___ (ATTACHED)

I BELIEVED THAT THE HEALTH CARE UNIT ADMINISTRATOR WOULD THEN REMEDY THE ISSUE BUT SHE DID NOT. THE AFOREMENTIONED RESPONSES WERE ONLY ACKNOWLEDGEMENT OF THE ISSUE BECAUSE NO CHANGE TO THE MALPRACTICE OR WRONGDOING BY THE WEXFORD HEALTH'S NURSING STAFF RESULTED. MS. MEAKER, WARDEN HINTHORNE AND WARDEN CLARKE WERE DELIBERATELY INDIFFERENT. RATHER THAN GRANT OR PROVIDE RELIEF THEY DEEMED EVERY GRIEVANCE "MOOT" AS IF HAVING NO PRACTICAL SIGNIFICANCE, AND DENIED ALL OTHERS.

I WAS THEN DENIED ACCESS TO OR DEPRIVED OF MY MEDICATION
ON 1-16-2022, 1-22-2022, 1-26-2022 AND 1-28-2022. HOWEVER, I
WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES
FOR THE DATE OF JANUARY-22-2022. EXHIBIT ___#14___ (ATTACHED.
ALL OF THESE DATES WERE ACKNOWLEDGED BY THE DEFENDANTS AS
DATES WHERE MY MEDICATION WAS NOT PROVIDED.)

I REALLY SUFFERED AT THE HANDS OF THE ABOVE NAMED PARTIES.
IT SEEMED AS IF MY MENTAL ANGUISH INTENSIFIED DURING THIS
PERIOD OF TIME. NOT ONLY WAS I DEALING WITH MY PRESCRIPTION
NOT BEING ADHERED TO BUT I WAS ALSO DEALING WITH THE
SIDE EFFECTS OF THE MEDICATION. IT WAS LIKE YO-YO DIETING
WITH A MAJOR DOWN SIDE.

THE ABOVE NAMED PARTIES ALTERED THE WAY I EXISTED AND
LIVED FOR A YEAR. I CONTINUOUSLY FELT THE SIDE EFFECTS
OF NOT KEEPING A SET REGIMINE OR DOSAGE COMPLIANCE AT THE
PROPER TIME. THIS CHEMICAL IMBALANCE EFFECTED MY MOOD,
MY EMOTIONS AND MY ABILITY TO FUNCTION DAILY.

ON FEBRUARY -11-22 I WAS NOT PROVIDED WITH THE MEDICATION
THAT I WAS PRESCRIBED. THE MEDICATION I WAS TO RECEIVE
FOR THAT DAY WAS DELIVERED THE NEXT DAY 2-12-22.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE
REMEDIES. EXHIBIT ___#15___ (ATTACHED)

ON APRIL-8-2022 I WAS NOT GIVEN MY MEDICATION AS PRESCRIBED.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES. EXHIBIT _#16_ (ATTACHED)

IN THE NEXT INSTANCE I SUFFERED FOR THREE CONSECUTIVE DAYS MAY 10TH, MAY 11TH AND MAY 12TH WITHOUT MY PRESCRIBED MEDICATION. I HAD TO SIGN UP FOR "SICK CALL", (A DOCTOR'S APPOINTMENT) TO SEE A HEALTH CARE PROFESSIONAL ABOUT THE REASON NURSING STAFF WAS NOT DELIVERING MY MEDICATION. DURING THAT VISIT I REPORTED THAT I WAS SUFFERING SEVERE HEADACHES WITHOUT MY MEDICATION.

IN RESPONSE TO MY SICKCALL AND THE GRIEVANCE I WROTE PERTAINING TO THIS INCIDENT I WAS TOLD THAT MY MEDICATION WAS OUT OF STOCK. EXHIBIT _#17_ (ATTACHED)

THAT IS DERELICTION OF THE DUTY WEXFORD HEALTH SOURCE INC. WAS CONTRACTED BY THE ILLINOIS DEPARTMENT OF CORRECTIONS TO PERFORM. IT WAS DELIBERATE INDIFFERENCE AND CRUEL AND UNUSUAL PUNISHMENT TO MYSELF AND OTHER INDIVIDUALS IN CUSTODY. ON THE DATES THAT MY MEDICATION WAS DELIVERED LATE, THE INDIVIDUALS IN CUSTODY IN MY SAME LIVING UNIT WERE SUBJECTED TO THE SAME DELAY IN RECEIVING THEIR PRESCRIBED MEDICATION.

AT THIS POINT I FELT HOPELESS AND HELPLESS. I HAD WRITTEN SEVERAL GRIEVANCES AND INFORMED EVERYONE AT THE ILLINOIS RIVER CORRECTIONAL CENTER WITH AUTHORITY OR INFLUENCE OVER THE NURSING STAFF ABOUT THE HEALTHCARE ISSUES INDIVIDUALS IN CUSTODY WERE ENDURING.

ON MAY-13-2022 I WAS NOT PROVIDED WITH OR DELIVERED MY MEDICATION AT ALL.

I WROTE A GRIEVANCE TO HAVE THE ISSUE PREVENTED IN THE FUTURE BUT WAS TOLD THAT MY MEDICATION WAS SIMPLY OUT OF STOCK  EXHIBIT _#18_  (ATTACHED)

ON MAY-22-2022 MY MEDICATION WAS NOT DELIVERED AS PRESCRIBED.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES IN REFERENCE TO THIS INCIDENT. EXHIBIT _#19_

ON JUNE-21-2022 I SUFFERED INTENSE ANXIETY AND OVERWHELMING STRESS DUE TO NOT RECEIVING MY MEDICATION AS PRESCRIBED. DUE TO THE FACT THAT I RECEIVED MY MEDICATION LATE, MY ENTIRE DAY WAS SABOTAGED. I WAS EMOTIONALLY DEPLETED AND PSYCHOLOGICALLY DISTURBED.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES. EXHIBIT _#20_ (ATTACHED)

MANY DAYS DURING THIS ONE YEAR PERIOD, NOT HAVING MY MEDICATION GREATLY EFFECTED MY THOUGHTS, MOOD, DAILY ACTIVITIES, DESIRE TO SOCIALIZE AND MY MENTAL HEALTH.

AS A RESULT, ON-JUNE-28-2022 I WROTE TO THE ILLINOIS REGIONAL MANAGER OF WEXFORD HEALTH SOURCES INC. I INTENDED TO SHED MORE LIGHT ON THIS ONGOING ISSUE AND REQUEST HIS OR HER INFLUENCE IN CREATING POSITIVE CHANGE IN DISTRIBUTING MEDICATION ACCORDING TO PRESCRIPTION. EXHIBIT #21 (ATTACHED)

I RECEIVED NO REPLY AND NO CHANGE RESULTED.

OFFICIALS KNEW THAT MY OBJECTIVELY SERIOUS MEDICAL NEED WAS BEING DEPRIVED OF PROPER AND OR ADEQUATE PRESCRIBED MEDICATION. WEXFORD ALSO KNEW THAT RISK OF INJURY WAS SUBSTANTIAL BUT NONETHELESS FAILED TO TAKE REASONABLE MEASURES TO ABATE IT.

ON JUNE-27-2022 I WAS NOT GIVEN MY PM MEDICATION UNTIL THE NEXT DAY.

I WROTE ANOTHER GRIEVANCE INFORMING STAFF OF MY HARDSHIP AND SEEKING REMEDY BUT WAS GIVEN ANOTHER EXCUSE FROM THE HEALTH CARE UNIT ADMINISTRATOR, MRS MEAKER. EXHIBIT #22 ASSISTANT WARDEN CLARKE AND DIRECTOR ROB JEFFRIES ULTIMATELY DENIED MY GRIEVANCE AND REQUEST TO MANAGE AND CONSUME MY MEDICATION MYSELF.

ON 7-28-22 I SPOKE TO THE PSYCHO THERAPIST - MENTAL HEALTH PROFESSIONAL MS. HAGGERTY ABOUT THIS ONGOING PROBLEM. I COMPLAINED TO HER ABOUT MY MEDICATION NOT BEING PROVIDED OR DELIVERED ACCORDING TO MY PRESCRIPTION. ( MENTAL HEALTH RECORDS AVAILABLE UPON DISCOVERY )

ON JULY-30-2022 I WAS NOT PROVIDED WITH MY CYMBALTA. I WAS TOLD BY THE NURSE, TONYA ENGLISH, WHO WAS DISTRIBUTING MEDS THAT DAY THAT SHE DID NOT HAVE ANY MEDICATION TO GIVE ME.

I WROTE A GRIEVANCE ON THIS WANTON AND UNNECESSARY INFLICTION OF PAIN AND THE RESPONSE I RECEIVED WAS, " MEDICATION IS ORDERED THROUGH AN OUTSIDE VENDOR AND IT DOES NOT FALL UNDER THE GRIEVANCE PROCEDURE. HCUA MEAKER STATES CYMBALTA WAS OUT OF STOCK BUT HAS SINCE BEEN FILLED ... " EXHIBIT #23_____ (ATTACHED)

WARDEN CLARKE AND MS. MEAKER LIED TO ME BY STATING THAT PRESCRIBED MEDICATION IS NOT SUBJECT TO THE GRIEVANCE PROCEDURE. I BELIEVE THIS WAS AN ATTEMPT TO SILENCE ME OR DISCOURAGE ME FROM FILING GRIEVANCES. THEY VIOLATED MY FIRST AMENDMENT RIGHT.

MY PROPENSITY TO WRITE GRIEVANCES BROUGHT ABOUT NO CHANGE HOWEVER.

FOR THE PERIOD OF A YEAR MY PRESCRIPTION MEDICATION WAS NOT PROVIDED PROPERLY AND OR CONSISTANTLY WHICH DEPRIVED ME OF THE PROPER TREATMENT FOR MY DIAGNOSED MENTAL ILLNESS. THAT CAUSED ME PAIN AND SUFFERING. I EVEN LOST WEIGHT AS A RESULT OF THIS HARDSHIP.

ON 7-31-2022 I WAS NOT PROVIDED WITH MY MEDICATION AT ALL. I BELIEVE THIS DATE A " CRISIS MANAGEMENT " MEMBER HAD TO COME SPEAK WITH ME ABOUT THE ISSUES SURROUNDING MY MEDICATION BEING MISHANDLED.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES PERTAINING TO THIS DATE. EXHIBIT #24 (ATTACHED)

ON 8-3-2022 I WAS NOT PROVIDED WITH MY "AM" MEDICATION.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES EXHIBIT #25

ON 10-16-2022 AND 10-17-2022 MY MEDICATION WAS MISHANDLED AGAIN. I ONLY RECEIVED A PARTIAL DOSAGE OF THE MEDICATION THAT I WAS PRESCRIBED.

I WROTE A GRIEVANCE AND EXHAUSTED MY ADMINISTRATIVE REMEDIES IN RELATION TO THESE DATES. EXHIBIT #26 (ATTACHED)

SURELY WITH THE AMOUNT OF GRIEVANCES WRITTEN BY MYSELF AND ANSWERED BY THE ILLINOIS DEPARTMENT OF CORRECTIONS AND WEXFORD HEALTH SOURCES STAFF, THEY KNEW THAT I FACED SUBSTANTIAL RISK OF SERIOUS HARM AND DISREGARDED THAT RISK BY FAILING TO TAKE REASONABLE MEASURES TO ABATE IT.

I EVEN WROTE "EMERGENCY GRIEVANCES" WHICH ARE DIRECTED DIRECTLY TO THE PRISON WARDEN'S OFFICE. (IN THIS CLAIM, WARDEN HINTHORNE. AND ASSISTANT WARDEN T. CLARKE.)

EVERY GRIEVANCE MENTIONED IN THIS CLAIM WAS DEEMED AS "MOOT" AS IF OF NO CONSEQUENCE, MERIT OR IMPORTANCE AND OTHERS WERE ULTIMATELY "DENIED" BY THE ILLINOIS RIVER PRISON WARDEN. THEY HAD MANY OPPORTUNITIES TO STEP IN AND CHANGE OR FIX THE HEALTH CARE ISSUES THE INDIVIDUALS IN CUSTODY WERE EXPERIENCING WITH MEDICATION DELAYS BUT CHOSE NOT TO REMEDY THE ONGOING ISSUE.

FURTHERMORE, AFTER APPEALING THE WARDEN'S DECISIONS TO THE ADMINISTRATIVE REVIEW BOARD, THE DIRECTOR OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, ROB JEFFRIES, DENIED MY REQUEST FOR RELIEF. MORE THAN TWENTY TIMES THIS ISSUE WAS PRESENTED TO HIM.

THERE ARE SEVERAL MORE INSTANCES OF THE DELIBERATE INDIFFERENCE AND FAILURE TO PROVIDE EQUAL PROTECTION TO BE ADDED TO THIS CLAIM UPON DISCOVERY OF SPECIFIC DATES, TIMES AND RETURN OF PENDING ADMINISTRATIVE GRIEVANCES. I SUFFERED ATYPICAL AND SIGNIFICANT HARDSHIP AS A RESULT OF WEXFORD'S STAFF NOT HAVING MY MEDICATION AVAILABLE, NOT DELIVERING IT ON TIME OR NOT DELIVERING IT AT ALL. THOSE NURSES VIOLATED MY 8TH AND 14TH AMENDMENT RIGHTS.

RELIEF REQUESTED

PUNITIVE AND COMPENSATORY DAMAGES

JURY DEMAND    Yes ☑    No ☐

Signed this _____ day of _____ , 20 _____

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| BRANDON KELLUM | MB614 |
| Address: | Telephone Number: |
| 2800 ROUTE 99 SOUTH | NONE |